JOHN M. RICCA et al., Appellants, *v.* LEVIN AND GLASS-MAN BUILDING CORPORATION, Respondent.

(Argued June 13, 1929; decided July 11, 1929.)

*Clarence E. Mellen* for appellant.
*Hyman Grill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.